**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
|    **Robert Muratori & Erika J. Ugianskis** | ) | **CASE NO. 10-25000** |
| | ) | **CHAPTER    11** |
|    **Debtors** | ) | **Judge Jack B. Schmetterer** |

## NOTICE OF MOTION

TO:   See attached Service List

    Please take notice that on the 14th day of March, 2011 at 10:30 a.m., Michael J. Davis of the firm of Springer Brown Covey Gaertner and Davis shall appear before the Honorable Judge **Jack B. Schmetterer** or any judge sitting in their stead, in Courtroom No. 682 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 2l9 South Dearborn, Chicago, Illinois, and present Debtor's Motion for Final Decree.

                                                        /s/ Michael J. Davis
                                                        One of the Attorneys

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner & Davis, L.L.C.
400 S. County Farm Rd., Ste. 330
Wheaton, Ill. 60187
630-510-0000

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on March 3, 2011.


                                                        /s/ Michael J. Davis

**Service List**

**Robert Muratori & Erika Ugianskis**
**Case 10-25000**

U.S Trustee's Office
219 S. Dearborn, Rm. 873
Chicago, Ill. 60606
USTPRegion11.ES.ECF@usdoj.gov

Robert Muratori
Erika Ugianskis
2228 Miami Trail
West Lafayette, IN 47906

**Melissa J Lettiere**
Stahl Cowen Crowley Addis LLC
55 West Monroe
Chicago, IL 60603
mlettiere@stahlcowen.com

**Scott N. Schreiber**
Stahl Cowen Crowley
55 W. Monroe Street
Suite 1200
Chicago, IL 60603
sschreiber@stahlcowen.com

**Thomas V Askounis**
Askounis & Darcy, PC
401 North Michigan Ave.
Suite 550
Chicago, IL 60611
taskounis@askounisdarcy.com

**Louis D Bernstein**
Bernstein Law Firm, LLC
350 N. Clark Street
Suite 400
Chicago, IL 60654
lbernstein@law-ldb.com

**Alex Darcy**
Askounis & Darcy, PC
401 N. Michigan Ave.
Suite 550
Chicago, IL 60611
adarcy@askounisdarcy.com

**Eleonora Khazanova**
Askounis & Darcy, P.C.
401 North Michigan, Suite 550
Chicago, IL 60611
ekhazanova@askounisdarcy.com

**Monette W Cope**
Weltman Weinberg & Reis Co LPA
180 North LaSalle St Ste 2400
Chicago, IL 60601

ecfnil@weltman.com

American Express
PO Box 981525
El Paso, TX 79998

Burton Partners LLC
931 N Plum Grove Rd
Schaumburg, IL 60173

Capital One
PO Box 30285
Salt Lake City, UT 84130

Catherine Cook School
226 W. Schiller
Chicago, IL 60610

CCR
100 Garden City Plaza
Garden City, NY 11530

Chase
PO Box 9001083
Louisville, KY 40290

Chase Visa/United Mileage Plus
PO Box 15153
Wilmington, DE 19850

Chase/Slate
PO Box 15298
Wilmington, DE 19850-5298

Discover
PO Box 30943
Salt Lake City, UT 84130

Friedman Properties
325 N. LaSalle St.
Ste. 600
Chicago, IL 60654

Guardian Protection Services
174 Thorn Hill Rd.
Warrendale, PA 15086

Hinshaw & Culbertson
8142 Solutions Center Dr.
Chicago, IL 60677

Honda Financial
c/o PDP Finance
PO 650200
Hunt Valley, MD 21065

HSBC
P.O. 4552
Buffalo, NY 14240

Imaging Advantage
1505 4th St.
Santa Monica, CA 90401

Johnanna Sauer
1818 Waters Edge Dr.
Johnson City, TN 37604

Leaf
PO Box 644006
Cincinnati, OH 45264

LPI Healthcare Financial
3535 Roswell Rd.
Ste. 62
Marietta, GA 30062

M&T Bank
PO Box 62176
Baltimore, MD 21264

MB Financial
PO Box 6261
Chicago, IL 60680

McKesson
PO Box 740215
Cincinnati, OH 45274

Modern Luxury
200 W. Hubbard
Chicago, IL 60654

Neiman Marcus
PO Box 5235
Carol Stream, IL 60197

Technotribe
35 W 503 Ridge Rd.
Dundee, IL 60118

US Bank Lyon Financial
1450 Channel Parkway
Marshall, MN 56258

Visa Signature/FIA
PO Box 15026
Wilmington, DE 19850

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:                                              ) | |
|     **Robert Muratori & Erika J. Ugianskis**   ) | **CASE NO. 10-25000** |
|                                                ) | **CHAPTER   11** |
|     **Debtors**                                ) | **Judge Jack B. Schmetterer** |

## MOTION FOR FINAL DECREE

**Robert Muratori & Erika J. Ugianskis.** (the "Debtor"), debtor in possession, by and through their attorneys Michael Davis and the law firm of Springer, Brown, Covey, Gaertner and Davis does hereby hereby moves that this Court close this case and in support thereof hereby states as follows:

1.    This case was commenced on June 1, 2010 when the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. No trustee has been appointed.

2.    The Debtor has continued to manage its business and assets and to administer the affairs of its estate as debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3.    On January 27, 2011, after due notice to all creditors and parties in interest, this Court held a hearing on confirmation of Debtor's Plan of Reorganization which was confirmed by an Order of this Court entered January 27, 2011.

4.    The Debtor has filed with this Court and with the United States Trustee the report in accordance with Rule 2015 indicating that the Debtor is currently executing their Plan, making plan payments according to the Plan of Reorganization approved by this Court.

5.    Final Fee Application has been filed by Debtor's attorney and approved by this court. No further attorneys fees will be required to be approved by this Court.

WHEREFORE, the Debtor requests that this Court enter an Order closing this case and for such other relief as the Court sees fit to grant.

                                        Respectfully submitted,
                                        **Robert Muratori & Erika J. Ugianskis**
                                        /s/ Michael J. Davis
                                        One of the Attorneys

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Rd., St. 330
Wheaton, IL 60187
(630)510-0000