UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-25000 |
| Robert Muratori & Erika J. Ugianskis | ) | |
| | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER ENTERING FINAL DECREE AND CLOSING CASE

This matter coming to be heard on the status hearing on Debtor's confirmed plan, for the reasons stated from the bench,

IT IS HEREBY ORDERED that pursuant to Local Rule 3022-1 cause exists for entering a final decree closing this case and, therefore, a final decree closing this case is hereby entered; and

IT IS FURTHER ORDERED that the Clerk close this case forthwith.

Enter:

Honorable John H. Squires
United States Bankruptcy Judge

MAR 1 4 2011

Dated: 3/14/11

**Prepared by counsel of Movant:**

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner
& Davis, LLC
400 S. County Farm Rd., St. 330
Wheaton, IL 60187
(630)510-0000